# Exhibit 1

# Civil Court of the City of New York
## County of New York

Index Number: **CV-012415-24/NY**



Michael Silverstein

              Plaintiff(s)

    -against-

✓ Spark Therapeutics Inc; Wei Cao; Ying Huang

              Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s):
Michael Silverstein
53 W 53rd Street
New York, NY 10019

To the named defendant (s)

✓ Spark Therapeutics Inc, at 3737 Market Street, Philadelphia, PA 19104
Wei Cao, at 69 Jonesdale Ave, Metuchen, NJ 08840
Ying Huang, at 69 Jonesdale Ave, Metuchen, NJ 08840

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of New York at the office of the Clerk of the said Court at **111 Centre Street** in the **County of New York, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $150,000.00 and interest as detailed below. Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: July 10, 2024

Alia Razzaq, Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:   **Other for $150,000.00**

Harassment from Spark Therapeutics $25,000; Slander $ 25,000; Perjury $ 50,000; False accusations $50,000

***\*NOTE TO THE DEFENDANT***

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

*\* NOTE TO THE SERVER OF THE SUMMONS*

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:
PRINT NAME:   Michael Silverstein

For Information, answer forms and to track court dates, go to *WWW.NYCOURTS.GOV/NYCCIVIL*

Contact #

718-669-0505

REPORTED:
EXPERIAN
EQUIFAX
TRANSUNION

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

---

Michael Silverstein,

                    Plaintiff,

        v.-

Spark Therapeutics Inc; Wei Cao; Ying Huang.,

                    Defendants.

---

Index No. CV-012415-24/NY

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, Isabel D. Knott of the firm Holland & Knight LLP, hereby appears as counsel for defendant Spark Therapeutics Inc, in connection with the above-captioned action and demands that all notices and copies of papers to be served in this proceeding be served upon the undersigned

Dated: New York, New York
       October 23, 2024

                    **HOLLAND & KNIGHT LLP**

                    By:

                    Isabel D. Knott
                    787 Seventh Avenue, Suite 3100
                    New York, New York 10019
                    Phone: (212) 513-3200
                    Isabel.Knott@hklaw.com
                    *Attorneys for Def Spark Therapeutics Inc*

RECEIVED

OCT 2 4 2024

NEW YORK COUNTY
CIVIL COURT

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK         )

                                      ) ss.:

COUNTY OF NEW YORK     )

GLENN M. HUZINEC being duly sworn, deposes and says:

1.  I am over the age of eighteen years, am employed with the firm of Holland & Knight LLP, and am not a party to this action, and reside in Richmond County, New York.

2.  On October 23, 2024  I  served a true copy of the attached **NOTICE OF APPEARANCE OF ISABEL D. KNOTT,** upon:

    Michael Silverstein
    53 W 53rd Street
    New York, New York 10019

at the address designated above for said purpose by enclosing a true copy in a sealed, postage paid envelope and depositing it into an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                 Glenn M. Huzinec

Sworn to before me this
**23**  day of October, 2024

_____
Notary Public

ELVIN RAMOS
Notary Public, State of New York
No. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2026

RECEIVED

OCT 2 4 2024

NEW YORK COUNTY
CIVIL COURT

#511515965_v1