```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Michael Silverstein,                :
                                    :    24 CV 8517 (LAP)
                  Plaintiff(s),     :
                                    :         ORDER
      -against-                     :
                                    :
Spark Therapeutics, Inc.,           :
et al.,                             :
                  Defendant(s).     :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

     Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than July 14, 2025 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                                      _/s/ Loretta A. Preska_

                                            LORETTA A. PRESKA,

                                            Senior U.S.D.J.

Dated: 6/30/25

New York, New York