UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL SILVERSTEIN,

                Plaintiff,

-against-                                24 CIVIL 8517 (LAP)

**JUDGMENT**

SPARK THERAPEUTICS, INC., WEI CAO,
and YING HUANG,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 9, 2025, Spark Therapeutics' Motion to Dismiss [dkt. no. 5] is GRANTED. Plaintiff's claims against Spark Therapeutics, Cao, and Huang are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 9, 2025

                                            **TAMMI M. HELLWIG**

                                              **Clerk of Court**

                      **BY:**

                                              **Deputy Clerk**